_____



     **SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 16, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**IN RE:**                                                                    **CHAPTER 13**
**KERMIT C. SHELTON, II**                                         **CASE NO. 23-50744-KMS**

### ORDER RELEASING EARNINGS OF DEBTOR
**KERMIT C. SHELTON (SSN # XXX-XX-0946)**

THE ORDER **(Dkt. 12)** heretofore entered in these proceedings by which the debtor's employer:

        **Mississippi Aquarium**
        **2100 E Beach Blvd**
        **Gulfport MS 39501-0000**


was directed to pay Debtor's wages or a portion thereof to:


        **WARREN A. CUNTZ, JR. TRUSTEE**
        **P.O. BOX 3749**
        **GULFPORT MS 39505-3749**
        **(228) 831-9531 / (228) 831-9902**


**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**


        **##END OF ORDER##**